# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159690(53)

*In re* PETITION OF ATTORNEY GENERAL
FOR SUBPOENAS.
_____

ATTORNEY GENERAL,
        Petitioner-Appellant,

v

VERNON E. PROCTOR, M.D.,
        Respondent-Appellee.
_____/

SC: 159690
COA: 342680
Ingham CC: 17-000021-PZ

On order of the Chief Justice, the motion of respondent-appellee to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before March 30, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2020



Clerk